ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MICHAEL S. IOANE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MICHAEL S. IOANE, ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR-F-09-0142 LJO <br><br> STIPULATION FOR CONTINUANCE AND ORDER THEREON |

IT IS HEREBY STIPULATED between the Defendants, MICHAEL S. IOANE, by and through his attorney of record, Anthony P. Capozzi; VINCENT STEVEN BOOTH, by and through his attorney of record, Eric Fogderude; and LOUISE Q. BOOTH, by and through her attorney of record, Katherine Hart, and Plaintiff, by and through Assistant United States Attorney, Mark Cullers, that the Motions hearing now set for Friday, October 2, 2009, be continued to Thursday, October 8, 2009 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

(1) Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

(2) Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: September 25, 2009

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
MICHAEL S. IOANE

Dated: September 25, 2009

/s/ Eric Fogderude
ERIC FOGDERUDE,
Attorney for Defendant,
VINCENT STEVEN BOOTH

Dated: September 28, 2009

/s/ Katherine Hart
KATHERINE HART,
Attorney for Defendant,
LOUISE Q. BOOTH

Dated:  September 25, 2009

/s/ Mark Cullers
MARK CULLERS
Assistant United States Attorney

# **ORDER**

IT IS SO ORDERED. Good cause having been shown, the hearing set for Friday, October 2, 2009 is vacated and continued to Thursday, October 8, 2009 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Due to the unavailability of defense counsel by separate email indicating that defense counsel is out of town, the good cause exists.

Dated: September 28, 2009

/s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
United States District Court Judge