KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LOUISE BOOTH

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-09-CR 000142 LJO |
| Plaintiff, | STIPULATION TO CONTINUE PROCEEDINGS UNTIL DATE OF CODEFENDANT'S SENTENCING |
| v. | |
| | Date to be set: 3/11/11
Time: 9:30 a.m. |
| LOUISE BOOTH et al. | Dept. LJO |
| Defendants. | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

That the case of LOUISE BOOTH be continued until March 11, 2011, the date set for the sentencing of her husband and codefendant VINCENT STEVEN BOOTH;

That the disposition of LOUISE BOOTH's case is dependent upon the disposition of her codefendant VINCENT STEVEN BOOTH's case;

That defendant LOUISE BOOTH hereby waives any application of the

1

Speedy Trial Act, 18 U.S.C. § 1361, and hereby consents to a continuance of her case to coincide with codefendant STEVEN VINCENT BOOTH's case.

DATED: November 11, 2010    /k/Katherine Hart
KATHERINE HART, Attorney for
LOUISE BOOTH

DATED: November 11, 2010    /Mark Cullers
MARK CULLERS, Chief, Fresno Office,
OFFICE OF THE UNITED STATES
ATTORNEY

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the case of LOUISE BOOTH be continued until March 11, 2011, to coincide with the disposition and sentencing of codefendant STEVEN VINCENT BOOTH.

IT IS SO ORDERED.

**Dated:   November 12, 2010**   /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE