KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LOUISE BOOTH

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00142 LJO |
| Plaintiff, ) | |
| ) | STIPULATION TO RECOMMEND RELEASE OF DEFENDANT FROM PRETRIAL SERVICES SUPERVISION, AND ORDER REQUESTING SAME |
| v. ) | |
| ) | |
| LOUISE BOOTH et al. ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

That Pretrial Services, through their Pretrial Services Officer DAN STARK, has recommended that defendant LOUISE BOOTH is a good candidate for release from pretrial services supervision in light of her low risk, stability under supervision so far, and upcoming dismissal of charges against ;

That the case against LOUISE BOOTH will be dismissed at the time of her husband's sentencing on March 11, 2011;

That the Office of the United States Attorney and the defendant, through counsel, agree that this is an appropriate case for termination of Pretrial Services Supervision;

That the statutorily mandated conditions of release, including the provision that defendant LOUISE BOOTH obey all laws, shall remain in full force and effect.

DATED: November 29, 2010          /k/Katherine Hart
                                  KATHERINE HART, Attorney for
                                  LOUISE BOOTH

DATED: November 29, 2010          /Mark Cullers
                                  MARK CULLERS, Chief, Fresno Office,
                                  OFFICE OF THE UNITED STATES
                                  ATTORNEY

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the Office of Pretrial Services is hereby ordered to release defendant LOUISE BOOTH from Pretrial Services Supervision, in light of her compliance with Pretrial Services Supervision and in light of the expected dismissal of criminal charges against her at the time of codefendant STEVEN BOOTH's sentencing, now set for March 11, 2010;

That LOUISE BOOTH is ordered to continue to comply with all statutorily mandated conditions of Pretrial Release, including the provision that she obey all laws.

IT IS SO ORDERED.

Dated:   December 1, 2010                /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

2