KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LOUISE BOOTH

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>LOUISE BOOTH et al. )<br>)<br>Defendants. ) | CR-F-09-CR 000142 LJO<br><br>STIPULATION TO CONTINUE COURT PROCEEDINGS TO JUNE 23, 2011 TO COINCIDE WITH STEVEN BOOTH PROCEEDINGS<br><br>Date: June 23, 2011<br>Time: 8:30 a.m.<br>Court: LJO |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

1. That the case against LOUISE BOOTH is scheduled to be dismissed at the time of her husband's sentencing on June 23, 2011 at 8:30 a.m.

2. That the statutorily mandated conditions of release, including the provision that defendant LOUISE BOOTH obey all laws, shall remain in full force and effect;

3. That defendant LOUISE BOOTH waives any application of the Speedy

1

1  Trial Act.

3  DATED: March 7, 2011               /k/Katherine Hart
4                                     KATHERINE HART, Attorney for
                                      LOUISE BOOTH

6  DATED: March 7, 2011               /Mark Cullers
                                      MARK CULLERS, Chief, Fresno Office,
7                                     OFFICE OF THE UNITED STATES
                                      ATTORNEY

9                                  ORDER

10    GOOD CAUSE APPEARING, it is hereby ordered as follows:

11    That the court appearance of LOUISE BOOTH, previously scheduled for
12 March 11, 2011 is to be rescheduled to June 23, 2011 at 8:30 a.m.

13    That LOUISE BOOTH is ordered to continue to comply with all statutorily
14 mandated conditions of Pretrial Release, including the provision that she obey all
15 laws.

16 IT IS SO ORDERED.

17 **Dated:   March 7, 2011**              **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

2