KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LOUISE BOOTH

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | CR-F-09-CR 000142 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE COURT PROCEEDINGS TO NOVEMBER 10, 2011 TO COINCIDE WITH STEVEN BOOTH PROCEEDINGS |
| v. | ) | |
| LOUISE BOOTH, | ) | Date: November 10, 2011<br>Time: 9:30 a.m.<br>Court: LJO |
| Defendants. | ) | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

1. That the case against LOUISE BOOTH is scheduled to be dismissed at the time of her husband's sentencing on November 10, 2011 at 9:30 a.m.

2. That the statutorily mandated conditions of release, including the provision that defendant LOUISE BOOTH obey all laws, shall remain in full force and effect;

3. That defendant LOUISE BOOTH waives any application of the Speedy Trial Act.

1

| | | |
|---|---|---|
| DATED: June 14, 2011 | | /k/Katherine Hart |
| | | KATHERINE HART, Attorney for LOUISE BOOTH |
| DATED: June 14, 2011 | | /Mark Cullers |
| | | MARK CULLERS, Chief, Fresno Office, OFFICE OF THE UNITED STATES ATTORNEY |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the court appearance of LOUISE BOOTH, previously scheduled for June 23, 2011 at 8:30 a.m. is to be rescheduled to November 10, 2011 at 9:30 a.m.

That LOUISE BOOTH is ordered to continue to comply with all statutorily mandated conditions of Pretrial Release, including the provision that she obey all laws.

IT IS SO ORDERED.

**Dated:   June 14, 2011**                /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE