KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
LOUISE BOOTH

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUISE BOOTH,<br><br>Defendants. | CR-F-09-CR 000142 LJO<br><br>STIPULATION TO CONTINUE COURT PROCEEDINGS TO NOVEMBER 10, 2011 TO COINCIDE WITH STEVEN BOOTH PROCEEDINGS<br><br>Date: November 10, 2011<br>Time: 9:30 a.m.<br>Court: LJO |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

1. That  the case against LOUISE BOOTH is scheduled to be  dismissed at the time of her husband's sentencing on November 10, 2011  at 9:30 a.m.

2. That the statutorily mandated conditions of release, including the provision that defendant LOUISE BOOTH obey all laws, shall remain in full force and effect;

3. That defendant LOUISE BOOTH waives any application of the Speedy Trial Act.

1

DATED: June 14, 2011            /k/Katherine Hart
                                KATHERINE HART, Attorney for
                                LOUISE BOOTH

DATED: June 14, 2011            /Mark Cullers
                                MARK CULLERS, Chief, Fresno Office,
                                OFFICE OF THE UNITED STATES
                                ATTORNEY

ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the court appearance of LOUISE BOOTH, previously scheduled for June 23, 2011 at 8:30 a.m. is to be rescheduled to November 10, 2011 at 9:30 a.m.

That LOUISE BOOTH is ordered to continue to comply with all statutorily mandated conditions of Pretrial Release, including the provision that she obey all laws.

IT IS SO ORDERED.

**Dated:   June 14, 2011**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE