1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5  LOUISE Q. BOOTH

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | ) | CR-F-09-CR 000142 LJO |
   |---|---|---|
12 | Plaintiff, | ) | STIPULATION TO |
   |  | ) | CONTINUE PROCEEDINGS |
13 |  | ) | AND REQUEST FOR ORDER |
14 | v. | ) | Old date: 11/14/11 at 1:00 p.m. |
   |  | ) | New date: 1/23/12 at 1:30 p.m. |
15
16
17 | LOUISE Q. BOOTH et al. | ) |
   | Defendants. | ) |
18

19     IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE
20 GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:
21     That the date set for the sentencing of codefendant VINCENT STEVEN
22 BOOTH, husband of LOUISE Q. BOOTH, has been previously set for January 12,
23 2012 at 1:30 p.m.
24     That the Office of the United States Attorney and the defendant, through
25 counsel, agree that judicial economy will be served by setting the two matters on
26 the same date;
27
28                                1

That the statutorily mandated conditions of release, including the provision that defendant LOUISE Q. BOOTH obey all laws, shall remain in full force and effect.

That LOUISE Q. BOOTH waives any provision of the Speedy Trial Act.

DATED: November 7, 2011                /s/Katherine Hart
                                                              KATHERINE HART, Attorney for
                                                              LOUISE Q. BOOTH

DATED: November 7, 2011                /s/Mark Cullers
                                                              MARK CULLERS, Chief, Fresno Office,
                                                              OFFICE OF THE UNITED STATES
                                                              ATTORNEY

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the proceedings for LOUISE BOOTH, defendant in the above-entitled case, be continued to Monday, January 23, 2012 at 1:30 p.m., to coincide with the sentencing scheduled for codefendant VINCENT STEVEN BOOTH;

That LOUISE Q. BOOTH is ordered to continue to comply with all statutorily mandated conditions of pretrial release, including the provision that she obey all laws.

IT IS SO ORDERED.

**Dated:    November 7, 2011**                /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

2