1   KATHERINE HART #76715
    Attorney at Law
2   2055 San Joaquin
    Fresno, Ca. 93721
3   Telephone: (559) 256-9800
    Facsimile:  (559) 256-9798
4
    Attorney for Defendant
5   LOUISE BOOTH

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,      )       CR-F-09-CR 000142 LJO
                                   )
12          Plaintiff,             )       STIPULATION TO
                                   )       RELEASE PASSPORT UPON
13                                 )       DISMISSAL OF INDICTMENT;
                                   )       REQUEST FOR ORDER
14          v.                     )       AUTHORIZING CLERK'S
                                   )       OFFICE TO RELEASE
15                                 )       PASSPORT OF LOUISE BOOTH
                                   )
16                                 )
                                   )
17  LOUISE BOOTH et al.            )
                                   )
18          Defendants.            )
                                   )
19  _____)

20          IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE

21  GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

22          That the case against LOUISE BOOTH, defendant, having been dismissed,

23  her passport previously lodged with the United States District Court Clerk's Office

24  should be released to LOUISE BOOTH herself or her counsel, KATHERINE

25  HART.

26

27

28                                    1

1    DATED: February 29, 2012          /s//Katherine Hart

2                                      KATHERINE HART, Attorney for
                                       LOUISE BOOTH
3

4    DATED: February 29, 2012          /s/Mark Cullers
                                       MARK CULLERS, Chief, Fresno Office,
5                                      OFFICE OF THE UNITED STATES
                                       ATTORNEY
6

7

8                                      ORDER

9          GOOD CAUSE APPEARING and the case against LOUISE BOOTH having

10   been dismissed by the government on February 27, 2012 it is hereby ordered as

11   follows:

12         That the Clerk's Office of the UNITED STATES DISTRICT COURT OF

13   THE EASTERN DISTRICT is hereby ordered to release the passport of LOUISE

14   BOOTH to defendant LOUISE BOOTH herself or to her counsel, KATHERINE

15   HART, Attorney at Law.

16

17                                     IT IS SO ORDERED.

18   **Dated:    March 1, 2012           /s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28                                     2